THE GEORGIA RAILROAD *vs.* COLE *et ux.*

There was sufficient evidence in this case to sustain the verdict, and there was no error in refusing to grant a new trial.

March 18, 1887.

New Trial. Evidence. Verdict. Before Judge RICHARD H. CLARK. Dekalb Superior Court. September Term, 1886.

Reported in the decision.

J. B. CUMMING; HILLYER & BRO.; CANDLER, THOMSON & CANDLER, for plaintiff in error.

HOKE & BURTON SMITH, for defendants.

BLANDFORD, Justice.

This was a motion for new trial upon the ground alone that the verdict was without evidence to support it. This is the third time this case has been here. It was here last at the March term, 1886, of this court (77 *Ga.* 77); and we then held that there was sufficient evidence to authorize the jury to find for either party in the case, the evidence being conflicting. On the last trial of the case, there was but one witness examined who was not examined before—a man named Lanford; and his testimony was merely cumulative of what was proved on the former trial. We think now, as we did before, that there is sufficient evidence to support the verdict. The judgment is therefore affirmed.